UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,
                           Plaintiff,                      23-CV-6468 (JPO)

               -v-                                 ORDER

AXIS INSURANCE COMPANY,
                          Defendant.

J. PAUL OETKEN, District Judge:

       This case was removed from New York Supreme Court, New York County, on July 26, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 24, 2023.

       Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 10, 2023.

       SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                                                   J. PAUL OETKEN
                                                      United States District Judge