```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.
                                              23-CV-6468 (JPO)
                    Plaintiff,
                                              SUBSTITUTION OF
     - against -                              ATTORNEY

AXIS INSURANCE COMPANY,

                    Defendant.
----------------------------------------X
```

**IT IS HEREBY STIPULATED** and agreed, and subject to approval of the Court, that Robert P. Pagano of the the firm Dorf Nelson & Zauderer LLP, be substituted in the place and stead of Melissa Brill and Anupama Joglekar of the firm Cozen O'Connor, as attorney for the defendant AXIS Insurance Company in the above-entitled action.

Dated: New York, New York
       February 16, 2024

| DORF NELSON & ZAUDERER LLP | COZEN O'CONNOR |
|---|---|
| *Robert P. Pagano* | *[signatures]* |
| By: Robert P. Pagano | By: Meliisa Brill/Anupama Joglekar |
| Incoming Attorney for Defendant AXIS Insurance Company | Outgoing Attorneys for Defendant AXIS Insurance Company |
| 555 Theodore Fremd Avenue | 3 WTC, 175 Greenwich Street, |
| Rye, New York 10580 | 55th Floor |
| (914) 381-7600 | New York, New York 1007 |
| (rpagano@dorflaw.com) | (212) 453-3859 |
| | (mbrill@cozen.com) |
| | (ajoglekar@cozen.com) |

1

For the Defendant,
AXIS Insurance Company

By: _____
   Kimberly A. Grabarz,
   Head of Specialty Complex Claims

So Ordered: _____
               J. PAUL OETKEN
               United States District Judge

2/23/2024